AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Victor MORALES, a/k/a<br>"Victor Morales-Chavez," a/k/a "Ofelio Lopez-Chavez,"<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  13-8176-DLB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 23, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:
See attached affidavit of ICE Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/03/2013

*Judge's signature*

City and state:  West Palm Beach, Florida     DAVE LEE BRANNON, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES v. VICTOR MORALES
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Victor MORALES, a/k/a "Victor Morales-Chavez," a/k/a "Ofelio Lopez-Chavez," committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about March 23, 2013, an individual identifying himself as Victor MORALES-CHAVEZ was arrested in Palm Beach County, Florida on charges of failure to appear for arraignment on misdemeanor offenses of driving under influence, driving without valid license, giving false name upon being arrested or detained, and possession of an open container. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Victor MORALES.

4. On or about March 25, 2013, at the Palm Beach County Jail, Immigration Enforcement Agent Samuel Torres took a sworn statement from Victor MORALES.

1

Post-*Miranda,* Victor MORALES admitted to being native of Mexico. He further admitted to last entering into the United States in 2010, after being removed from the United States in 2009. Victor MORALES further admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about March 27, 2013, your affiant received the immigration alien file assigned to Victor MORALES. Records within alien file assigned to Victor MORALES show that he is a native and citizen of Mexico. Records further show that on or about October 20, 2008, Victor MORALES was ordered removed from the United States. The Order of Removal was executed on or about October 22, 2008, whereby Victor MORALES was removed from the United States to Mexico. Thereafter, Victor MORALES re-entered into the United States illegally and was removed on two additional occasions, that is on or about July 29, 2009, and on or about October 10, 2009.

6. Additional records obtained by your affiant show that, on or about June 29, 2009, in the United States District Court, District of Arizona, Victor MORALES was convicted of illegal entry in case number 09-02849-001M-P.

7. Records further show that, on or about August 12, 2009, in the United States District Court, District of Arizona, Victor MORALES was convicted of unlawful entry into the United States in case number 09-30116-001M.

8. Border Patrol Fingerprint Expert Richard Abbott conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about March 23, 2013, that is, Victor MORALES was the same person previously removed from the United States on or about October 10, 2009.

9. On or about March 29, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A089 834 703 for the alien identified as Victor MORALES, verifying that, after a diligent search, no record was found to exist indicating that Victor MORALES had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

10. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about March 23, 2013, Victor MORALES, a/k/a "Victor Morales-Chavez," a/k/a "Ofelio Lopez-Chavez," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this ___3rd___ day of April, 2013.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8176-DLB

UNITED STATES OF AMERICA

vs.

VICTOR MORALES, a/k/a "Victor Morales-Chavez,"
a/k/a "Ofelio Lopez-Chavez,"
           Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
A. MARIE VILLAFAÑA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0018255
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Ann.Marie.C.Villafaña@usdoj.gov